UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :    **ORDER**
v.                                 :
                                   :    16 CR 328-2 (VB)
JAMAR SHAW,                        :
                   Defendant.      :
--------------------------------------------------------------x

      In a letter docketed on June 1, 2022 (Doc. #499),[1] counsel for defendant Jamar Shaw requests that Mr. Shaw's term of supervised released be terminated early. See 18 U.S.C. § 3583(e).

      The instant request is DENIED WITHOUT PREJUDICE because it is filed in the wrong court. In March 2021, jurisdiction over this case was transferred to the U.S. District Court for the Northern District of New York. The docket number in the Northern District is 21-cr-114 (GLS). Accordingly, if defendant seeks early termination of supervised release, that application must be made to the judge presiding over his case in that district.

Dated: June 2, 2022
      White Plains, NY

                                                            SO ORDERED:

                                                            Vincent L. Briccetti
                                                            United States District Judge

---

[1]    The letter is dated "December 14, 2017," which the Court presumes is a typo.